108

BAR ASSOCIATION OF GREATER CLEVELAND *v.* NESBITT.

[Cite as Bar Assn. of Greater Cleveland *v.* Nesbitt (1982), 69 Ohio St. 2d 108.]

(D.D. No. 81-10—Decided February 3, 1982.)

*Mr. William J. Coyne, Mr. A. Richard Valore* and *Mr. Seymour R. Brown,* for relator.

*Mr. Milt Schulman,* for respondent.

*Per Curiam.* After a careful examination and review of the record in this cause, this court concurs with the findings and conclusion of the board that respondent violated DR 5-103(A) and DR 5-104(A).

It is the judgment of this court that respondent be suspended from the practice of law for a period of one year.

*Judgment accordingly.*

CELEBREZZE, C. J., W. BROWN, SWEENEY, LOCHER, HOLMES, C. BROWN and KRUPANSKY JJ., concur.